## 27600. CITY OF MANCHESTER v. ROWE.

FELTON, J. 1. The power of a municipality to exercise police jurisdiction is delegated by the State, and the municipal corporation as a party to a criminal proceeding stands in the place of the State. *Cranston* v. *Augusta,* 61 *Ga.* 572.

2. Prosecution for violation of an ordinance of a municipal corporation is a quasi criminal action, and a decision of the superior court reversing a judgment of a municipal court convicting one of a violation of a municipal ordinance is not subject to review by this court. *Mayor &c. of Hawkinsville* v. *Etheridge,* 96 *Ga.* 326 (22 S. E. 585); *City of Valdosta* v. *Goodwin,* 21 *Ga. App.* 664 (94 S. E. 812).

3. The Code, § 110-701, providing that a void judgment may be attacked in any court by any person, does not confer the right of appeal upon the State in a criminal action. *State* v. *B'Gos,* 175 *Ga.* 627 (165 S. E. 566).

*Writ of error dismissed. Stephens, P. J., and Sutton, J., concur.*

DECIDED SEPTEMBER 11, 1939.

*G. C. Thompson,* for plaintiff in error.
*J. R. Terrell, John J. Neely, Dorsey, Stubbs & Dorsey,* contra.